No. 76–1797. SOUTHERN PACIFIC TRANSPORTATION CO. v. JOHNSON. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–1798. HOMANS v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 76–1803. SOUTHWEST KENWORTH, INC. v. ARIZONA STATE TAX COMMISSION ET AL. Ct. App. Ariz. Certiorari denied.

No. 76–1804. HOTCHNER v. DOUBLEDAY & CO., INC. C. A. 2d Cir. Certiorari denied.

No. 76–1806. GETZ v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. Sup. Ct. N. M. Certiorari denied.

No. 76–1808. GORTHY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1812. ROBERTS ET AL. v. ANDRUS, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied.

No. 76–1815. VIGLIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1816. TURCO v. MONROE COUNTY BAR ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1817. STOCKTON DOOR CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 76–1818. HAMILTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–1820. BATTEN v. IOWA. Sup. Ct. Iowa. Certiorari denied.